**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1302**

---

NAJIA RAHMANI,

        Plaintiff - Appellant,

    v.

PAUL BURNETT,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Patricia Tolliver Giles, District Judge.  (1:24-cv-01921-PTG-WEF)

---

Submitted:  July 24, 2025                  Decided:  July 29, 2025

---

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Najia Rahmani, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Najia Rahmani appeals the district court's order dismissing without prejudice her civil complaint as frivolous under 28 U.S.C. § 1915(e)(2)(B).[*]  We have reviewed the record and find no reversible error.  Accordingly, we deny Rahmani's motion to amend and terminate Defendant's guardianship, deny Rahmani's motion to jail and debar, and affirm the district court's order.  *Rahmani v. Burnett*, No. 1:24-cv-01921-PTG-WEF (E.D. Va. Mar. 18, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's dismissal without prejudice is a final order because the court dismissed the complaint "without granting leave to amend." *See Britt v. DeJoy*, 45 F.4th 790, 791 (4th Cir. 2022) (en banc) (order).